IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHARLES THOMPSON | § | |
| v. | § | CIVIL ACTION NO. 9:011v46 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
ON DEFENDANT TEXAS DEPARTMENT OF CRIMINAL
JUSTICE'S MOTION TO DISMISS

The Plaintiff Charles Thompson, proceeding through counsel, filed this lawsuit under 42 U.S.C. §1983 complaining of alleged deprivations of his constitutional rights. This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

One of the Defendants named in the lawsuit is the Texas Department of Criminal Justice, an agency of the State of Texas. The Department filed a motion to dismiss based on the doctrine of sovereign immunity, as well as a motion to quash service of process upon it. Thompson did not file a response to either motion.

After review of the motions, the Magistrate Judge issued a Report recommending that the motion to dismiss be granted, and that the motion to quash service of process be denied as moot. The Magistrate Judge recommended that the Department be dismissed as a defendant in the case, and that this dismissal should have no effect upon the remainder of the plaintiff's claims. No objections were filed to the Report of the Magistrate Judge; accordingly, the parties are barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and,

1

except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc)*.

The Court has reviewed the pleadings in the case as well as the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge (docket no. 11) is hereby ADOPTED as the opinion of the District Court. It is further

ORDERED that the motion to dismiss filed by the Defendant Texas Department of Criminal Justice (docket no. 6) is hereby GRANTED. The Texas Department of Criminal Justice is hereby DISMISSED as a party to this lawsuit. The dismissal of this party shall have no effect upon the Plaintiff's claims against the remaining Defendants in the case. It is further

ORDERED that the Texas Department of Criminal Justice's motion to quash service of process (docket no. 4) is hereby DENIED as moot.

So **ORDERED** and **SIGNED** this **14** day of **February, 2012.**

_____
Ron Clark, United States District Judge